IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd. and** § | **CASE NO. 2:24-cv-00777-JRG** |
| **Key Patent Innovations Ltd.** § | |
| § | **JURY TRIAL DEMANDED** |
| Plaintiffs, § | |
| v. § | |
| § | **LEAD CASE** |
| **DataBank Holdings, Ltd.** § | |
| § | |
| Defendant. § | |
| **Valtrus Innovations Ltd. and** § | **CASE NO. 2:24-cv-00776-JRG** |
| **Key Patent Innovations Ltd.** § | |
| § | **JURY TRIAL DEMANDED** |
| Plaintiffs, § | |
| v. § | |
| § | |
| **TierPoint, LLC,** § | |
| § | |
| Defendant. § | |

**ORDER**

Before the Court is the parties' Joint Stipulation Seeking Relief from Portion of the Court's Order (Dkt No. 43). Having considered the Joint Stipulation and all evidence in the record, the Court finds that the Stipulation is hereby GRANTED and that Plaintiffs' portion of Dkt. 36 requesting the award of attorneys' fees (as discussed in the Court's Order (Dkt. 43)) is hereby WITHDRAWN and MOOT. In addition, the deadline for DataBank Holdings, Ltd. to respond to the request for attorneys' fees as set forth in the Court's Order (Dkt. 43) is hereby set aside and no further response is needed from DataBank Holdings, Ltd.

**IT IS SO ORDERED.**